# 890    CASES REPORTED WITH BRIEF SYLLABI.

pany, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

John R. Ryon, Appellant, v. William R. Willcox and Others, as Members of and Constituting the Public Service Commission for the First District of the State of New York, and Others, Respondents.— Judgment affirmed, with costs, on the opinion of Mr. Justice Blackmar at Special Term. (Reported in 76 Misc. Rep. 345.) Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

William R. Thompson, Respondent, v. Leila A. Thompson, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

George W. Titcomb, as Sole Surviving Trustee under the Last Will and Testament of Daniel J. Runyon, Deceased, Respondent, v. Bernard Berkovitz and Others, Defendants. Morris Weiss, as Receiver, etc., and Charles Dushkind, Individually and as Attorney for Said Morris Weiss, Receiver, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Frances Miller Collier, Respondent, v. August Weidlich and Others, Appellants.— Motion granted, without costs, on condition that appellant perfect her appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Application of the Joseph Fallert Brewing Company, Limited, for a Writ of Mandamus.— Motion to resettle order denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of Supplementary Proceedings: Frank G. Search, Respondent, v. Michele Rubbo, Appellant, etc.— Motion granted, without costs, on condition that the appellant perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Eugene A. Rudiger and Another, Plaintiffs, v. James S. Coleman and Others, etc., Defendants.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ. Settle order before Mr. Justice Burr.

David Stott, Respondent, v. Luigia Simonetti, Defendant, Impleaded with Aniello Simonetti, Her Husband, Appellant, and Others, Defendants. — Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

David Stott, Respondent, v. Luigia Simonetti, Appellant, Impleaded with Aniello Simonetti, Her Husband, and Others, Defendants.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Commissioner of Public Charities of the City of New York, on Complaint of Mary Walsh, Respondent, v. Peter Coyle, Appellant.— Order of the